## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PARK TOWNE CONDOMINIUM ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-15981 |
| v. | ) ) ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** (Diversity Jurisdiction) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) | CIRCUIT COURT of COOK COUNTY |
| Defendant. | ) | No. 2023 L 007814 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1. On or about August 4, 2023, Plaintiff, PARK TOWNE CONDOMINIUM ASSOCIATION ("Park Towne"), filed an action in the Circuit Court of Cook County, Illinois, under Case No. 2023 L 007814, against Defendant Travelers. Park Towne's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. On October 31, 2023, Travelers' counsel was provided with a courtesy copy of the Complaint requesting a waiver of service of summons. Travelers had not previously been served with the Complaint. Travelers' counsel waived service of summons on behalf of Travelers on November 1, 2023.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after Travelers' receipt of Park Towne's Complaint and request for waiver of service of summons on October 31, 2023.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff Park Towne was and is an Illinois corporation with its principal place of business in the State of Illinois.

6. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Travelers was and is a Connecticut corporation with its principal place of business in the State of Connecticut.

7. The amount in controversy exceeds $75,000. 28 U.S.C. 1446(c)(2) permits a defendant to assert the amount in controversy where the amount is not stated in the state court pleading. 28 U.S.C. 1446(c)(2) (2012). Removal is proper where "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." *Id.*

8. The Seventh Circuit has established a low threshold for defendants in establishing the amount in controversy. "It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." *Barbers, Hairstyling For Men & Women, Inc. v. Bishop*, 132 F.3d 1203, 1205 (7th Cir. 1997). "Removal is proper if the defendant's estimate of the stakes is plausible." *Rubel v. Pfizer Inc.*, 361 F.3d 1016, 1020 (7th Cir. 2004).

9. In this case, prior to filing suit, Park Towne claimed it was owed an amount in excess of $1 million. Thus, the amount in controversy exceeds $75,000.

WHEREFORE, Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, prays that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 2023 L 007814, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendant,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

## **CERTIFICATE OF SERVICE**

      I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on November 15, 2023, at the email addresses set forth below.

    Jennifer K. Schwendener
    PETRARCA, GLEASON,
    BOYLE & IZZO, LLC
    5121 Main Street, Suite 3
    Downers Grove, IL 60515
    jschwendener@petrarcagleason.com

    /s/ Thomas B. Orlando
    Thomas B. Orlando
    FORAN GLENNON PALANDECH
    PONZI & RUDLOFF PC
    222 N. LaSalle Street, Suite 1400
    Chicago, IL 60601
    312-863-5000
    312-863-5099 (fax)
    torlando@fgppr.com