# EXHIBIT A

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,Y,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 10/11/2023 9:00 AM

FILED
8/4/2023 3:02 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L007814
Calendar, W
23837701

FILED DATE: 8/4/2023 3:02 PM  2023L007814

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PARK TOWNE CONDOMINIUM ASSOCIATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. ) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) ) |
| Defendant. | ) ) |

# COMPLAINT

NOW COMES the Plaintiff, PARK TOWNE CONDOMINIUM ASSOCIATION, by and through its attorneys, PETRARCA, GLEASON, BOYLE & IZZO, LLC and for its Complaint against Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, states:

## PARTIES

1. This matter is being refiled pursuant to 735 ILCS 5/13-217, having been previously voluntarily dismissed pursuant to 735 ILCS 5/2-1009 without prejudice and with leave to refile on August 9, 2022, previously captioned *Park Towne Condominium Association vs. Travelers Property Casualty Company of America,* (Cook County Case No. 2021 L 006709).

2. At all times relevant, Plaintiff, Park Towne Condominium Association ("Park Towne" or "Plaintiff") was a not-for-profit corporation organized under the laws of the State of Illinois and authorized to administer certain property pursuant to a declaration of condominium for property located at 140 W. Wood Street, Palatine, Illinois 60067 ("the Property").

3. At all times relevant, Defendant, Travelers Property Casualty Company of America ("Travelers" or "Defendant") was a foreign corporation organized under the laws of the State of

1

Connecticut and was engaged in the business of underwriting and issuing property and casualty insurance policies in Illinois.

## JURISDICTION AND VENUE

4. This Court has both subject matter jurisdiction and personal jurisdiction over Plaintiff and Defendant, as the cause of action arises out the transaction of business and the performance of a contract within Illinois.

5. Venue is proper, pursuant to Section 2-101 of the Illinois Code of Civil Procedure, as the cause of action arose out of a transaction concerning property located within Cook County.

## COUNT I
### (BREACH OF CONTRACT)

6. Travelers issued to Park Towne a Condominium PAC Business Owners insurance policy covering the commercial building at the Property with policy limit of $18,810,418, effective October 12, 2018 to October 12, 2019, Policy Number 6800K566397 ("the Policy"). A true and correct copy of the Traveler's Policy is attached hereto as Exhibit "A".

7. According to the Policy, Travelers insured against property damage occurring during the policy period unless the loss is limited or excluded.

8. Loss caused by hail is not excluded or limited under the terms and conditions of the Policy and, as such, hail is a covered loss under the Policy.

9. On or about July 2, 2019, while the Policy was in full force and effect, the insured's Property sustained hail damage.

10. Park Towne submitted a claim, Claim Number FLU4498001H ("the Claim"), to Travelers under the Policy for its losses and damages resulting from this hailstorm occurrence.

11. Park Towne has substantially performed all conditions required to be performed by it under the Policy, including, but not limited to, giving prompt notice of the loss to Travelers and otherwise cooperating with Traveler's investigation of the Claim.

12. Travelers owed a duty to fairly evaluate the Claim and pay the entire amount due and owing under the Policy to cover Park Towne for its loss and damages sustained to the Property as a result of the July 2, 2019 hailstorm occurrence.

13. Despite repeated requests, Travelers has failed, refused, and continues to fail and refuse to pay the entire amount due and owing under the Policy for all of Plaintiff's losses and damages.

14. This breach of the insurance contract was and is the direct and proximate cause of damages to Park Towne in an amount in excess of $30,000.

15. This is an action based on a "written instrument" within the meaning of the Illinois Interest Act, 815 ILCS 205/1 *et seq.*, and, therefore, Park Towne is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Park Towne Condominium Association, prays for judgment in its favor and against Defendant, Travelers Property Casualty Company of America, in an amount in excess of $30,000, plus prejudgment interest, costs, and such other and further relief as this court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY

FILED DATE: 8/4/2023 3:02 PM 2023L007814

Respectfully submitted,

PARK TOWNE CONDOMINIUM
ASSOCIATION


By: *Jennifer K. Schwendener*
    One of Plaintiff's Attorneys

JENNIFER K. SCHWENDENER
PETRARCA, GLEASON,
BOYLE & IZZO, LLC
5121 Main Street, Suite 3
Downers Grove, IL 60515
Telephone:    (630) 796-2086
Facsimile:    (630) 786-3157
Cook County Firm No. 65754
jschwendener@petrarcagleason.com

4