**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PARK TOWNE CONDOMINIUM ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 cv 15981 |
| | ) | |
| v. | ) | Hon. Nancy L. Maldonado |
| | ) | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

Plaintiff, Park Towne Condominium Association and Defendant, Travelers Property Casualty Company of America (collectively, "the Parties"), by and through their respective undersigned counsel, and pursuant Rule 41(a)(1)(A)(ii), submit this Joint Stipulation of Dismissal.

It is hereby stipulated and agreed by and between the parties that this case be dismissed, without costs or attorneys' fees to any party, all costs having been paid and all matters in controversy having been fully adjourned.

Dated: April 25, 2024

Respectfully submitted,

PARK TOWNE CONDOMINIUM ASSOCIATION

By: */s/ Angelo Tzivas*
       One of Its Attorneys

Jennifer K. Schwendener
Angelo Tzivas
Petrarca, Gleason, Boyle & Izzo, LLC
5121 Main Street, Suite 3
Downers Grove, Illinois 60515
Telephone: (630) 796-2086
jschwenener@petrarcagleason.com

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

By: */s/ Thomas B. Orlando*
       One of Its Attorneys

Thomas B. Orlando
Foran Glennon Palandech
Ponzi & Rudloff PC
222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
torlando@fgppr.com

atzivas@petrarcagleason.com